ANTHONY A. RUSSO
RUSSO & GRAHAM
600 Stewart Street, Suite 1510
Seattle, WA 98101
Telephone (206) 448-5905
Facsimile (206) 441-4743
Email: tony@russograham.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NANCY S. LARSEN individually and as personal representative of the **ESTATE of NOAL B. WILSON, JR.**,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No.:

**COMPLAINT FOR WRONGFUL DEATH AND PROFESSIONAL NEGLIGENCE**

COMES NOW the plaintiff, through his attorneys, RUSSO & GRAHAM, by Anthony A. Russo, and the Law Offices of G.R. Eschbacher by G.R. Eschbacher, and for causes of action alleges and complains as follows:

### I. PLAINTIFF

1.1 Plaintiff NANCY S. LARSON is the personal representative of the Estate of NOAL B. WILSON, JR. and is fully authorized to represent his estate in this action against

COMPLAINT -1

LAW OFFICES OF
**RUSSO & GRAHAM**
SUITE 1510
600 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 448-5905

Case 3:09-cv-00144-TMB   Document 1   Filed 07/07/09   Page 1 of 6

Defendants for wrongful death and professional negligence.

1.2  NOAL B. WILSON, JR. died on November 17, 2006, at 1445. Noal B. Wilson, Jr. was a resident of Talkeetna, Alaska and was born on June 14, 1967. Mr. Wilson was 39 years old at the time of his death.

## II. DEFENDANTS

2.1  At all times relevant to this Complaint, the United States of America, acting through the Sunshine Community Health Center an Alaska Corporation, and its officers and employees, namely Keith Kehow, as an employee of Sunshine Community Health Center, and who was acting within the scope of his employment.

2.2  Defendant Keith Kehow is a physician's assistant in the state of Alaska, and at all times relevant hereto was employed by Sunshine Community Health Center in Matanuska-Susitna Borough, Alaska.

2.3  Defendant Sunshine Community Health Center Inc., is liable for the acts of Defendant Kehow under the doctrine of respondeat superior.

## II. JURISDICTION AND VENUE

2.1  The jurisdiction of this court over the subject matter of this action is predicated on 28 U.S.C. §1346(b), 2401(b), 2671-2680. This Court has exclusive jurisdiction under 28 U.S.C. §1346(b) in that it is a civil action on a claim against the United States for money damages for personal injuries and loss of property caused by the negligence or wrongful act or omission of an

COMPLAINT -2

LAW OFFICES OF
**RUSSO & GRAHAM**
SUITE 1510
600 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 448-5905

employee of the government while acting within the scope of his office or employment. Therefore, jurisdiction is proper.

2.2  Venue is proper in the District of Alaska in that this is a civil action in which the defendant is an employee of the United States. A substantial part of the event giving rise to the claim occurred in this judicial district and the plaintiffs reside in this judicial district. 28 U.S.C. § 1391(e)(2)&(3).

### III. DISPOSITION BY FEDERAL AGENCY 28 U.S.C. § 2675

3.1  Plaintiff first presented her claim, dated August 13, 2008, to the appropriate federal agency. The claim has not been formally denied by the agency in writing, but the six month time frame has passed pursuant to 28 U.S.C. § 2675. Therefore Plaintiffs' commencement of this lawsuit is timely.

### IV. FACTS

4.1  On November 17, 2006, Noal B. Wilson presented to Sunshine Community Health Center's dental clinic for treatment. Mr. Wilson experienced severe substernal chest pain that radiated to his back. Mr. Wilson rated his pain at a 10/10 on a pain scale, 10 being the worst.

4.2  Mr. Wilson was advised to go directly to the defendant's Emergency Center at Sunshine Community Health Center. Mr. Wilson went directly to the Emergency Center at Sunshine Community Health Center.

4.3  An electrocardiogram was taken and interpreted as normal. The pain Mr. Wilson was experiencing was recorded as resolving spontaneously in an estimated five minutes.

COMPLAINT -3

LAW OFFICES OF
**RUSSO & GRAHAM**
SUITE 1510
600 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 448-5905

4.4    Mr. Wilson was discharged with a diagnosis of chest pain of unknown etiology and was advised to go to an emergency room or call 911 should the pain recur.

4.5    Approximately one hour later the pain recurred and Mr. Wilson called Defendant. A physician's assistant was consulted and recommended that Mr. Wilson be reevaluated at the hospital. The mode of transportation was left to the patient's choice of private vehicle or by 911 dispatched emergency vehicle.

4.6    En route to the hospital in his private vehicle, Mr. Wilson had a fatal arrhythmia and could not be resuscitated.

4.7    Post mortem examination by the coroner showed the most likely cause of death to be extreme narrowing of the branch of the coronary artery which feed the front of the heart. The arthymia was thought to be secondary to the virtually occluded vessel.

## V. NEGLIGENCE AND CAUSATION

5.1    As a result of the health care provider/patient relationship between Defendants and Noal B. Wilson, Jr., Defendants owed a duty to him to provide competent medical care. The defendants failed in that duty.

5.2    During the course of this health care provider/patient relationship, Defendants negligently breached their duty to render competent medical care by failing to recognize Noal B. Wilson, Jr.'s symptoms of acute coronary syndrome with impending myocardial infarction at the time of his admission; by failing to adequately evaluate the patient Noal B. Wilson, Jr.; by failing to properly assess the patient Noal B. Wilson, Jr.; by failing to provide and render proper care; by failing to consider the mechanism of injury and the relation of dental care to myocardial

COMPLAINT -4

LAW OFFICES OF
**RUSSO & GRAHAM**
SUITE 1510
600 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 448-5905

Case 3:09-cv-00144-TMB   Document 1   Filed 07/07/09   Page 4 of 6

infarction; by failing to consult with the appropriate cardiac specialist; by failing to consult with the appropriate dental surgeon; in failing to provide emergency transportation; by failing to admit Noal B. Wilson, Jr., to the hospital; and provide reasonable care in a timely manner to Mr. Wilson so as to avoid serious complications and death.

5.3  As a direct and proximate result of said negligence, Noal B. Wilson, Jr., suffered grave personal injury and died.

5.4  As a direct and proximate result of said negligence and the death of Noal B. Wilson, Jr., the plaintiff has suffered damages including, but not limited to, medical and funeral expenses, loss of income, loss of monetary contributions that the decedent would have made to her, the loss of support, care, service, and companionship including with respect to her son, and loss of consortium.

5.5  As a direct and proximate result of said negligence and the death of Noal B. Wilson, Jr., the plaintiff has suffered damages including, but not limited to, loss of income, loss of monetary contributions that the decedent would have made to his heirs, the loss of support, care, and companionship to his son and heirs, and loss of consortium for his son and heirs.

WHEREFORE, Plaintiff prays for judgment against the defendants, and each of them jointly and severally, and against the marital community composed thereof as follows:

1. For general damages suffered by Noal B. Wilson, Jr. while he was alive no less than $4,000,000.

2. For special damages in an amount to be proven at trial incurred by Noal B. Wilson, Jr. while he was alive.

COMPLAINT -5

LAW OFFICES OF
**RUSSO & GRAHAM**
SUITE 1510
600 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 448-5905

3. For special damages in an amount to be proven at trial incurred by the Estate of Noal B. Wilson, Jr.

4. For financial losses suffered by the beneficiaries, which include monetary contributions that the decedent would have made to the beneficiaries, medical expenses and funeral costs;

5. For losses to the beneficiaries of the decedent's support, love, care, services, companionship, and society.

6. For Plaintiff's costs, disbursements and attorneys' fees herein;

7. For prejudgment interest;

8. For such other and further relief as the court deems just and equitable.

DATED this 7th day of July, 2009.

Law Offices of G.R. Eschbacher

_signature_

G.R. ESCHBACHER
718 Barrow Street
Anchorage, Alaska 99501
Phone (907) 276-8001
Fax (907) 279-7543
eschbacherlaw@yahoo.com
Attorney for Plaintiff
AK Bar No. 7410074

Russo & Graham

_signature_

ANTHONY A. RUSSO
600 Stewart Street, Suite 1510
Seattle, WA 98101
Phone (206) 448-5905
Fax (206) 441-4743
tony@russograham.com
Attorney for Plaintiff
Hac Pro Vice, WSBA No. 6272

COMPLAINT -6

LAW OFFICES OF
RUSSO & GRAHAM
SUITE 1510
600 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 448-5905