IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NANCY S. LARSEN individually and as personal representative of the ESTATE of NOAL B. WILSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:09-cv-00144 TMB <br><br> **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that all claims asserted or that could have been asserted by Plaintiff in this action are dismissed with prejudice, with each side to bear its costs, expenses, and attorneys fees.

| | |
|---|---|
| **October 28, 2011** <br> Date | **/s/ Timothy M. Burgess** <br> Timothy M. Burgess <br> United States District Court Judge |